THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
E-mail kevin.finn@usdoj.gov
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6739
Fax: 894-7327
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEXANDER ROSPYATUK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY, JOCK SCHARFEN, ACTING DIRECTOR, JANE ARELLANO, DISTRICT DIRECTOR, DEPARTMENT OF HOMELAND SECURITY, MICHAEL B. MUKASEY, ATTORNEY GENERAL, and ROBERT MUELLER, DIRECTOR, FBI,<br><br>Defendants. | NO. CV 08-3811 AHM (CWx)<br><br>ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSING CASE<br><br>Honorable A. Howard Matz |

The Court has considered the Stipulation for Compromise Settlement and to Dismiss Case the parties filed.

THE COURT HEREBY ORDERS that the Stipulation for Compromise Settlement and to Dismiss Case is approved and this case is

dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: June 27, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**Make JS-6**